IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANTHONY WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-44 (LAG) |
| | : | |
| Warden MARK AGBOASI, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Magistrate Judge's Report & Recommendation (R&R). (Doc. 26). For the reasons below, the R&R is **ACCEPTED** and **ADOPTED**.

On March 13, 2025, Petitioner Anthony Williams, an inmate at Dooly State Prison in Unadilla, Georgia, filed a pro se application for habeas relief under 28 U.S.C. § 2254. (Doc. 1). Respondent filed a motion to dismiss the habeas petition as untimely. (Doc. 15). Petitioner then filed a motion seeking to invoke the equitable tolling doctrine as well as an evidentiary hearing. (Doc. 19). On August 22, 2025, the Magistrate Judge issued an R&R recommending that Respondent's Motion be granted, Petitioner's Motions be denied, and the Petition be dismissed as untimely. (*See generally* Doc. 26). The R&R triggered the fourteen-day period provided under 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(a) for the Parties to file written objections. Neither party filed an objection. (*See* Docket).

District courts must "conduct a careful and complete review" to determine "whether to accept, reject, or modify" a magistrate judge's order and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). Unobjected-to portions of the R&R are reviewed for clear error. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a), (b)(3). If necessary, the Court may review factual issues de novo "to aid its review of a magistrate's report." *Wainwright*, 681 F.2d at 732. Here, because no Party objected to the

R&R, the Court reviews the R&R for clear error. Upon full review and consideration of the record, the Court finds that the Magistrate Judge's R&R (Doc. 26) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for the reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion (Doc. 15) is **GRANTED**, Petitioner's Motions (Doc. 19) are **DENIED**, and the Petition is **DISMISSED**.

         **SO ORDERED**, this 26th day of February, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2