IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ANTHONY WILLIAMS,                                            *

           Petitioner,                          *

v.                                                                         Case No.  1:25-CV-44(LAG)

                                                *

WARDEN MARK AGBOASI,

                                                *

           Respondent.                        *

**J U D G M E N T**

Pursuant to this Court's Order dated February 26, 2026, having accepted the recommendation of

the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of February, 2026.

                                David W. Bunt, Clerk

                                s/ William C. Lawrence, Deputy Clerk